

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2016

No. 04-15-00646-CR

Jimmy Rodgers **WHARTON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A14443
Honorable N. Keith Williams, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to June 13, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
Lucy Wilke
Assistant District Attorney - 216th Judicial District
521 Earl Garrett Street
Kerrville, TX 78028

M. Patrick Maguire
M. Patrick Maguire, P.C.
945 Barnett Street
Kerrville, TX 78028